**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6386**

VINCENT EASLEY,

                    Plaintiff - Appellant,

          v.

MARYLAND DIVISION OF CORRECTIONS; WARDEN FRANK BISHOP,

                    Defendants – Appellees,

OFFICE OF THE ATTORNEY GENERAL,

                    Party-in-Interest - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen  L.  Hollander,  District Judge. (1:13-cv-00241-ELH)

Submitted:  June 13, 2013              Decided:  June 18, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Vincent Easley, Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland; Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Easley seeks to appeal the district court's order denying without prejudice his motions to transfer and to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Easley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Easley's pending motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED